IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

MARK SCHOPMEYER,              )
                                  )
        Plaintiff,          )    TC-MD 150130N
                                    )
      v.                 )
                                    )
MULTNOMAH COUNTY ASSESSOR,   )
                                    )
        Defendant.    )   **FINAL DECISION**

This Final Decision incorporates without change the court's Decision, entered May 11, 2015. The court did not receive a statement of costs and disbursements within 14 days after its Decision was entered. *See* TCR-MD 16 C(1).

This matter is before the court on Defendant's letter, filed April 29, 2015, seeking dismissal of Plaintiff's appeal because Defendant has provided Plaintiff with the relief requested. As of the date of this Decision, Plaintiff has not filed a response.

Plaintiff filed his Complaint on March 25, 2015, requesting the removal of exception value for property identified as Account R282907 (subject property) for tax year 2014-15. (Ptf's Compl at 1-3, 6-9.) Plaintiff attached to his Complaint a property tax statement and Board of Property Tax Appeals Order reflecting the addition of $312,580 in exception real market value for the subject property for tax year 2014-15. (Ptf's Compl at 3, 5.)

In its April 29, 2015, letter, Defendant indicated that the parties had discussed this matter and together "agree[d] that a correction to the 2014[-15] Assessed Value was appropriate." (Def's Ltr at 1, Apr 29, 2015.) Defendant noted that it has adjusted the roll to reflect that correction and "[t]he refund to [] [P]laintiff will be $2,562.47." (*Id.*) Defendant stated that "the correction renders the appeal moot, [therefore] [D]efendant moves the court for a dismissal of

[P]laintiff's case." (*Id.*)  Because the parties are in agreement, the case is ready for decision. Now, therefore,

IT IS THE DECISION OF THIS COURT that, as agreed upon by the parties, Defendant has corrected the 2014-15 assessed value for property identified as R282907 and will issue to Plaintiff a refund of $2,562.47.

Dated this ____ day of May 2015.

_____
ALLISON R. BOOMER
MAGISTRATE

*If you want to appeal this Final Decision, file a complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your complaint must be submitted within <u>60</u> days after the date of the Final Decision or this Final Decision cannot be changed.  TCR-MD 19 B.*

*This document was filed and entered on May 29, 2015.*